**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 1 2011

GREGORY C. LANGHAM
_____ CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01673-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

MIECZYSLAW BRONAKOWSKI,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT, et al.,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Title VII Complaint and a "Plaintiff's Motion to Proceed in Forma Pauperis With This Civil Action Under 28 U.S.C. § 1915." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) _X_ is missing affidavit
(5) ___ affidavit is incomplete
(6) _X_ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court.

       Only an original has been received.
(9) X  other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint or Petition:**
(10) __  is not submitted
(11) __  is not on proper form (must use the court's current form)
(12) X  is missing an original signature by the Plaintiff
(13) X  is incomplete: <u>Complaint is missing page no. 6.</u>
(14) __  uses et al. instead of listing all parties in caption
(15) __  An original and a copy have not been received by the court. Only an original has been received.
(16) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __  names in caption do not match names in text
(18) __  other _____

Accordingly, it is

  ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. It is

  FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 1, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01673-BNB

Mieczyslaw Bronakowski
5640 Arapahoe Avenue #425
Boulder, CO 80303

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to proceed Pursuant to 28 U.S.C. §1915 and of the Title VII Complaint forms** to the above-named individuals on December 10, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk